811 A.2d 1009

Leonice BARTLETT

v.

WORKERS' COMPENSATION APPEAL BOARD (THE CHRISTIAN ACADEMY),

Petition of The Christian Academy.

Supreme Court of Pennsylvania.

Dec. 4, 2002.

138

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of December 2002, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Commonwealth Court is **AFFIRMED.** This matter is **REMANDED** to the Workers' Compensation Judge for further proceedings consistent with the Commonwealth Court's decision.